IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>   Plaintiff,<br><br>vs.<br><br>NORDIC ENERGY SERVICES LLC, WORLDWIDE TELECOM LLC and TINA PERROTTI<br><br>   Defendants. | Case No. 1:21-cv-02215 |

## PLAINTIFFS' NOTICE OF DISMISSAL AS TO WORLDWIDE TELECOM LLC AND TINA PERROTTI

  The Plaintiff Stewart Abramson files Notice of Dismissal with Prejudice for Worldwide Telecom LLC and Tina Perrotti pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) with respect to Worldwide Telecom LLC and Tina Perrotti. The putative class claims are dismissed without prejudice.

               Respectfully submitted,

               **/s/ *Anthony I. Paronich***
               Anthony I. Paronich
               Paronich Law, P.C.
               350 Lincoln Street, Suite 2400
               Hingham, MA 02043
               (508) 221-1510
               anthony@paronichlaw.com

               *Counsel for Plaintiff*

Dated: August 20, 2021

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was filed through the Court's CM/ECF system on August 20, 2021.

                                                      /s/ *Anthony I. Paronich*
                                                      Anthony I. Paronich