IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>NORDIC ENERGY SERVICES LLC, WORLDWIDE TELECOM LLC and TINA PERROTTI<br><br>        Defendants. | Case No. 1:21-cv-02215 |

## STIPULATION OF DISMISSAL WITH
## PREJUDICE AS TO NORDIC ENERGY SERVICES LLC

      The plaintiff files this Stipulation of Dismissal with prejudice as to all claims against Nordic Energy Services LLC pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party to bear their own costs and waiving all rights of appeal regarding those claims. The claims of the putative class are dismissed without prejudice.

Dated: August 20, 2021        PLAINTIFF,

                                          By:

                                          */s/ Anthony I. Paronich*
                                          Anthony I. Paronich, BBO No. 678437
                                          Paronich Law, P.C.
                                          350 Lincoln Street, Suite 2400
                                          Hingham, MA 02043
                                          (508) 221-1510
                                          anthony@paronichlaw.com

Nordic Energy Services LLC
By its counsel:

By: */s/ Matthew L. Knowles*
Allyson Riemma
MCDERMOTT WILL & EMERY LLP
444 W. Lake Street
Suite 4000
Chicago, IL 60606
Phone: (312) 372-2000
Fax: (312) 984-7700
ariemma@mwe.com

Matthew L. Knowles (*pro hac vice*)
MCDERMOTT WILL & EMERY LLP
200 Clarendon Street, Floor 58
Boston, MA 02116
Tel: (617) 535-4000
Fax: (617) 321-4608
mknowles@mwe.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system.

*/s/ Anthony I. Paronich*
Anthony I. Paronich