# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Stewart Abramson

                              Plaintiff,

v.                                                   Case No.: 1:21−cv−02215
                                                         Honorable Steven C. Seeger

Nordic Energy Services, LLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 23, 2021:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed Plaintiff's notice of voluntary dismissal as to Defendants Worldwide Telecom LLC and Tina Perrotti (Dckt. No. [23]). That notice of voluntary dismissal is self−effectuating under Rule 41(a)(1)(A)(i). The Court also reviewed the stipulation of dismissal (Dckt. No. [24]) between Plaintiff and Defendant Nordic Energy Services LLC. That stipulation of dismissal is self−effectuating under Rule 41(a)(1)(A)(ii). There are no defendants left. The case is closed. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.